THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Darrell Gene Perry,       
Appellant.
 
 
 

Appeal From Spartanburg County
Gary E. Clary, Circuit Court Judge

Unpublished Opinion No. 2003-UP-665
Submitted September 17, 2003  Filed November 17, 2003 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant
Deputy Director for Legal Services Teresa A. Knox, Legal 
 Counsel Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, of Columbia, for 
 Respondent(s).
 
 
 

PER CURIAM:  Darrell Perry appeals from 
 the revocation of his sentence. Counsel for Perry attached to the final brief 
 a petition to be relieved as counsel.  Perry did not file a separate pro se 
 response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Perrys appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 HUFF, STILWELL, and BEATTY, JJ., concur.